OPINION — AG — ** PUBLIC TRUSTS — CENTRAL PURCHASING ACT — BOND ISSUES ** (1) STATE BENEFICIARY PUBLIC TRUSTS CREATED PURSUANT TO 60 O.S. 176 [60-176] ET SEQ., MUST COMPLY WITH THE CENTRAL PURCHASING ACT, 74 O.S. 85.1 [74-85.1] ET SEQ., AND AMENDMENTS THERETO. IT SHOULD BE NOTED, HOWEVER, THAT THE SCOPE OF THIS OPINION IS LIMITED TO STATE BENEFICIARY PUBLIC TRUSTS, AND WE ARE EXPRESSING NO OPINION AS TO THE APPLICABILITY OF THE CENTRAL PURCHASING ACT TO PUBLIC TRUSTS HAVING BENEFICIARIES OTHER THAN THE STATE. (2) WHETHER UNDERWRITERS, TRUSTEE BANKS, AND BOND INSURERS OF BOND ISSUES OF STATE BENEFICIARY PUBLIC TRUSTS ARE SUBJECT TO THE PROVISIONS OF THE CENTRAL PURCHASING ACT, INCLUDING THE COMPETITIVE BID REQUIREMENTS THEREIN, DEPENDS UPON WHETHER A STATE BENEFICIARY PUBLIC TRUST IS PURCHASING (ACQUIRING) MATERIALS, SUPPLIES, EQUIPMENT, OR SERVICES FROM THESE ENTITIES. IF SUCH AN ACQUISITION IS OCCURRING, THEN THE CENTRAL PURCHASING ACT APPLIES. WHERE, HOWEVER, AN UNDERWRITER IS SOLELY PURCHASING THE BONDS AND IS PROVIDING NO ATTENDANT SERVICES, THE CENTRAL PURCHASING ACT DOES NOT APPLY. 74 O.S. 85.4 [74-85.4], 74 O.S. 85.5 [74-85.5] (STATE AGENCY, DEFINITIONS, PURCHASES, ACQUISITIONS, BOND INSURERS, CONTRACTUAL SERVICES, CESTUI QUE TRUST) CITE: 74 O.S. 85.1 [74-85.1], 74 O.S. 85.2 [74-85.2], 60 O.S. 176 [60-176], 60 O.S. 178 [60-178](A), 74 O.S. 85.3 [74-85.3], 74 O.S. 85.2 [74-85.2](3), 74 O.S. 85.2 [74-85.2](7), 74 O.S. 85.12 [74-85.12], OPINION NO. 84-066, 60 O.S. 178 [60-178](D), 25 O.S. 304 [25-304] [25-304](1), 25 O.S. 301 [25-301] (OPEN MEETING ACT), ARTICLE X, SECTION 23, ARTICLE X, SECTION 26, ARTICLE XVIII, SECTION 7, OPINION NO. 80-145, 60 O.S. 176 [60-176](A), 74 O.S. 85.5 [74-85.5], OPINION NO. 81-109 (GEORGE R. BARR) SEE: OPINION NO. 87-099 (1987) ** SEE: OPINION NO. 90-023 (1990) AG ** SEE: OPINION NO. 90-023 (1990) AG